UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE #1, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>JOHN KERRY, et al.,<br><br>　　　　Defendants. | Case No. 16-cv-0654-PJH<br><br>**ORDER PROVISIONALLY GRANTING MOTION TO SEAL** |

　　　　Before the court is plaintiffs' administrative motion to file the complaint under seal. The court previously granted plaintiffs' application to proceed anonymously, but did so only on a provisional basis. The court made clear that "[i]f, after appearing in the lawsuit, defendants oppose plaintiffs' request to proceed anonymously, the court will revisit the issue at that time." See Dkt. 7 at 2.

　　　　For the same reasons that the court provisionally granted the application to proceed anonymously, the court also provisionally GRANTS plaintiffs' motion to file the complaint under seal. As stated above, if defendants oppose plaintiffs' efforts to proceed anonymously, the court will revisit the issue.

　　　　And as stated in the court's previous order, defendants may reveal plaintiffs' true identities (or any information or distinguishing characteristics which could reveal their identities) only to attorneys litigating this action on their behalf. Any person or entity who comes to learn of plaintiffs' true identities (or any information or distinguishing characteristics which could reveal their identities) by means of, or as a result of, this litigation, is ordered not to disseminate such information to any person or entity not

1  authorized by the court to receive such information.

2  **IT IS SO ORDERED.**

3  Dated:  March 1, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge